**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joshua Luke Frobe                      CHAPTER 13

                Debtor(s)                      BKY. NO. 19-22551 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                       Respectfully submitted,

                                       **/s/James C. Warmbrodt, Esquire**
                                       James C. Warmbrodt, Esquire
                                       Attorney I.D. No. 42524
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       412-430-3594
                                       jwarmbrodt@kmllawgroup.com