# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joshua Luke Frobe | BK NO. 19-22551 GLT |
| Debtor(s) | Chapter 13 |
| **Toyota Motor Credit Corporation** Movant | Related to Claim No. 40 |
| vs. | |
| Joshua Luke Frobe  Bryanna Katelyn Patrick  Ronda J. Winnecour, Trustee  Respondents | |

## CERTIFICATE OF SERVICE OF
## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 3, 2020, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Joshua Luke Frobe
2430 Trotter Drive
Allison Park, PA 15101

Bryanna Katelyn Patrick
2430 Trotter Drive
Allison Park, PA 15101

Attorney for Debtor(s)
Glenn R. Bartifay, Esquire
3134 Lillian Avenue
First Floor
Murrysville, PA 15668

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: January 3, 2020

/s/James C. Warmbrodt, Esquire
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com