Certificate Number: 16339-PAW-DE-033908589

Bankruptcy Case Number: 19-22551



16339-PAW-DE-033908589

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 6, 2020</u>, at <u>1:18</u> o'clock <u>AM EST</u>, <u>Joshua Frobe</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>January 6, 2020</u>              By:    <u>/s/Kelley Tipton</u>

                                           Name:  <u>Kelley Tipton</u>

                                           Title: <u>Certified Financial Counselor</u>