IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO.  19-22551-GLT |
| | ) | |
| JOSH LUKE FROBE, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JOSH LUKE FROBE, | ) | |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MIDLAND FUNDING, LLC, | ) | |
| | ) | |
| Creditor/Respondent. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION OF DEBTOR TO AVOID JUDGMENT LIEN UNDER 11 USCA § 522(f)(1)(A) PURSUANT TO BANKRUPTCY PROCEDURE RULE 9014**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 8, 2020, Doc. No. 43, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Hearing Notice filed on January 8, 2020, Doc. No. 44, Responses to the Motion were to be filed and served no later than January 27, 2020.

    It is hereby respectfully requested that the Proposed Order filed on January 8, 2020 Doc. No. 43-2, be entered by the Court.

Dated: January 28, 2020                   /s/ Glenn R. Bartifay
                                                  GLENN R. BARTIFAY, ESQUIRE
                                                  Pa. Id. No. 68763
                                                  Attorney for Movant/Debtor

                                                  BARTIFAY LAW OFFICES, P.C.
                                                  3134 Lillian Avenue, First Floor
                                                  Murrysville, PA 15668
                                                  (412) 824-4011
                                                  gbartifay@bartifaylaw.com