FILED
2/12/20 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | BANKR. NO. 19-22551-GLT |
| JOSH LUKE FROBE, | CHAPTER 13 |
| Debtor. | Related to Dkt. No. 43<br>Hearing: February 12, 2020 at 9:00 a.m. |
| JOSH LUKE FROBE, | |
| Movant/Debtor, | |
| vs. | |
| MIDLAND FUNDING, LLC, | |
| Creditor/Respondent. | |

## ORDER AVOIDING JUDGMENT LIEN UNDER 11 USCA § 522(f)(1)(A) PURSUANT TO BANKRUPTCY PROCEDURE RULE 9014

AND NOW, this **12th** day of **February**, 2020, upon consideration of the Motion to Avoid Judgment Lien of Movant Joshua Luke Frobe ("Debtor"), it is hereby ORDERED that said Motion is granted, and that the judgment lien of Respondent Midland Funding, LLC entered against Debtor on March 13, 2017 for $3,743.92 at Docket No. GD-17-3772 in the Allegheny County, Pennsylvania Common Pleas Court is avoided as to Debtor's residence, that being a house and lot located in Hampton Township, Allegheny County, Pennsylvania, being known and numbered as 2430 Trotter Drive, Allison Park, PA 15101, being TPN 829-S-32, more fully described in DBV/Page 14757/409. This Order will not impact Claim 10 filed by Respondent listing unsecured, nonpriority debt of $1,223.17.

*The lien avoidance shall be contingent upon entry of a discharge order in this case, and remains subject to 11 U.S.C. § 348 and 349.*

GREGORY L. TADDONIO,
U.S. Bankruptcy Court

Movant shall serve a copy of this Order on the respondents, their counsel, the Trustee, and the US Trustee. Movant shall file a Certificate of Service within (3) business days.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joshua Luke Frobe  
     Debtor

Case No. 19-22551-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Feb 12, 2020  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2020.  
db          +Joshua Luke Frobe,    2430 Trotter Dr.,    Allison Park, PA 15101-2936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2020 at the address(es) listed below:  
         Glenn R. Bartifay    on behalf of Debtor Joshua Luke Frobe gbartifay@bartifaylaw.com,  
          sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com;jquoresimo@bartifaylaw.com  
         James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
          jbluemle@bernsteinlaw.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         Thomas    Song    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com  
                                                                                    TOTAL: 7