IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | FILED |
| ) | 3/20/20 3:03 pm |
| JOSHUA LUKE FROBE, ) | BANKR. NO. 19-22551-GLT |
| ) | CLERK |
| Debtor. ) | CHAPTER 13 |
| ) | U.S. BANKRUPTCY |
| ) | COURT - WDPA |
| ) | Related to Dkt. No. 57 |
| JOSHUA LUKE FROBE, ) | |
| Debtor/Movant, ) | |
| vs. ) | |
| NORTH HILLS TOYOTA ) | |
| (Employer) and RONDA ) | |
| WINNECOUR (Trustee), ) | |
| Respondents. ) | |

## ORDER TERMINATING WAGE ATTACHMENT

AND NOW, this 20th day of March 2020, it is hereby ordered that the wage attachment of income of Movant/Debtor Joshua Luke Frobe with North Hills Toyota is hereby terminated.

BY THE COURT:

GREGORY L. TADDONIO,
U.S. Bankruptcy Court

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

1

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 19-22551-GLT
Joshua Luke Frobe                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: bsil                Page 1 of 1           Date Rcvd: Mar 20, 2020
                             Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2020.
```
db             +Joshua Luke Frobe,    2430 Trotter Dr.,    Allison Park, PA 15101-2936
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:
```
          Glenn R. Bartifay    on behalf of Debtor Joshua Luke Frobe gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com;jquoresimo@bartifaylaw.com
          James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          Thomas  Song    on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
                                                                                             TOTAL: 7
```