IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 19-22551-GLT |
| JOSHUA LUKE FROBE, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Order Terminating Wage Attachment dated March 20, 2020, Doc. No. 58, and Local Form No. 12 were sent by regular mail on March 20, 2020, addressed as follows:

North Hills Toyota
Attn: Payroll Administrator
711 Browns Lane
Pittsburgh, PA 15237

Dated: March 23, 2020                    /s/ Glenn R. Bartifay
                                                            GLENN R. BARTIFAY, ESQUIRE
                                                            Pa. Id. No. 68763
                                                            Attorney for Debtor

                                                            BARTIFAY LAW OFFICES, P.C.
                                                            3134 Lillian Avenue
                                                            First Floor
                                                            Murrysville, PA 15668
                                                           (412) 824-4011
                                                           gbartifay@bartifaylaw.com