FILED
7/24/20 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-22551-GLT |
| | Chapter 13 |
| **JOSHUA LUKE FROBE,** | |
| *Debtor,* | |
| **JOSHUA LUKE FROBE,** | |
| *Movant,* | Related to Dkt. No. 57 |
| v. | |
| **NO RESPONDENT,** | |
| *Respondent,* | |

## ORDER

This matter is before the Court upon the *Motion Terminate Wage Attachment* [Dkt. No. 57] filed by the Debtor due to COVID-19 and the subsequent Order granting the motion [Dkt. No. 58]. Because four months have elapsed since the motion was granted with no subsequent activity on the docket, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

On or before **August 14, 2020**, the Debtor shall file a status report to indicate whether he is continuing to fund the chapter 13 plan or has abandoned the effort.

Dated: July 24, 2020

GREGORY TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

cm: Debtor
    Glenn Bartifay, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joshua Luke Frobe  
      Debtor

Case No. 19-22551-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 1      Date Rcvd: Jul 24, 2020  
                 Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.  
db          +Joshua Luke Frobe,   2430 Trotter Dr.,   Allison Park, PA 15101-2936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:  
       Glenn R. Bartifay    on behalf of Debtor Joshua Luke Frobe gbartifay@bartifaylaw.com,  
        sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com  
       James   Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       Jerome B. Blank    on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com  
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
        jbluemle@bernsteinlaw.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       Thomas   Song    on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com  
                                                                    TOTAL: 7