IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO. 19-22551-GLT |
| JOSHUA LUKE FROBE, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

## STATUS REPORT

The Court issued an Order dated July 24, 2020, Doc. No. 61 that Debtor shall file a status report related to failure to issue Chapter 13 plan payments following the issuance of an order to terminate wage attachment upon motion of Debtor. Debtor's hours were reduced due to COVID-19, but Debtor has since returned to full-time status and his employer has resumed the wage attachment. Debtor will amend the plan to extend the term and file a motion for wage attachment.

Declaration Under Penalty of Perjury by Individual Debtor

I declare under penalty of perjury that I have read the within pleading, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: August 14, 2020    Signature:    /s/ Joshua Luke Frobe
JOSHUA LUKE FROBE
Debtor

Dated: August 14, 2020    /s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Debtor

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Ave., First Floor
Murrysville, PA 15668
(412) 824-4011
gbartifay@bartifaylaw.com