IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 19-22551-GLT |
| JOSHUA LUKE FROBE, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Wage Attachment Order dated August 18, 2020, Doc. No. 67, and Local Form No. 12 were sent by regular mail on August 18, 2020, addressed as follows:

North Hills Toyota
Attn: Payroll Administrator
711 Browns Lane
Pittsburgh, PA 15237

Dated: August 18, 2020      /s/ Glenn R. Bartifay
                                          GLENN R. BARTIFAY, ESQUIRE
                                          Pa. Id. No. 68763
                                          Attorney for Debtor

                                          BARTIFAY LAW OFFICES, P.C.
                                          3134 Lillian Avenue
                                          First Floor
                                          Murrysville, PA 15668
                                          (412) 824-4011
                                          gbartifay@bartifaylaw.com