**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joshua Luke Frobe**
Debtor(s)

Bankruptcy Case No.: 19–22551–GLT

Chapter: 13
Docket No.: 66 – 65
Concil. Conf.: September 24, 2020 at 10:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __18th__ day of __August__, _2020_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

Electronic mail and regular mail as noted below.

on the respondent(s) at (list names and addresses here):

By electronic mail as follows:

Jerome B. Blank on behalf of Creditor Wells Fargo Bank, N.A.
pawb@fedphe.com

Thomas Song on behalf of Creditor Wells Fargo Bank, N.A.
pawb@fedphe.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

James Warmbrodt on behalf of Creditor Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By regular mail to the attached mailing matrix.

Executed on ___August 18, 2020___    ___/s/ Glenn R. Bartifay___
(Date)    (Signature)

Glenn R. Bartifay, Esquire, Pa. Id. No. 68763, 3134 Lillian Ave., First Floor, Murrysville, PA 15668, gbartifay@bartifaylaw.com, 412-824-4011
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing        Glenn R. Bartifay                      Jerome B. Blank
0315-2                                  3134 Lillian Avenue                   Phelan Hallinan Diamond & Jones, LLP
Case 19-22551-GLT                       First Floor                           Omni William Penn Office Tower
WESTERN DISTRICT OF PENNSYLVANIA        Murrysville, PA 15668-1868            555 Grant Street, Suite 300
Pittsburgh                                                                    Pittsburgh, PA 15219-4408
Tue Aug 18 11:08:19 EDT 2020

Bryanna Patrick                         Capital One Bank (USA), N.A.          Capital One Bank Usa N
2430 Trotter Dr.                        by American InfoSource as agent       Po Box 30281
Allison Park, PA 15101-2936             PO Box 71083                          Salt Lake City, UT 84130-0281
                                        Charlotte, NC  28272-1083


Duquesne Light Company                  Keri P. Ebeck                         Joshua Luke Frobe
c/o Bernstein-Burkley, P.C.             Bernstein-Burkley                     2430 Trotter Dr.
707 Grant Street, Suite 2200, Gulf Tower 707 Grant Street                     Allison Park, PA 15101-2936
Pittsburgh, PA 15219-1945               Suite 2200 Gulf Tower
                                        Pittsburgh, PA 15219-1945


IRS Special Procedures Branch           LVNV Funding, LLC                     Lvnv Funding Llc
1000 Liberty Avenue, Suite 727          Resurgent Capital Services            C/o Resurgent Capital Services
Pittsburgh, PA 15222-4107               PO Box 10587                          Greenville, SC 29602
                                        Greenville, SC 29603-0587


Midland Funding                         Midland Funding LLC                   NAVY FEDERAL CREDIT UNION
320 E Big Beaver Rd Ste                 PO Box 2011                           PO BOX 3000
Troy, MI 48083-1271                     Warren MI 48090-2011                  MERRIFIELD,VA 22119-3000


Navy Federal Cr Union                   Office of the United States Trustee   Pennsylvania Department of Revenue
820 Follin Ln Se                        Liberty Center.                       Bankruptcy Division
Vienna, VA 22180-4907                   1001 Liberty Avenue, Suite 970        P.O. Box 280946
                                        Pittsburgh, PA 15222-3721             Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue           Thomas Song                           Southwest Credit Syste
Department 280946                       Phelan Hallinan Diamond & Jones, LLP  4120 International Parkway
P.O. Box 280946                         1617 JFK Boulevard                    Carrollton, TX 75007-1958
ATTN: BANKRUPTCY DIVISION               Suite 1400
Harrisburg, PA 17128-0946               Philadelphia, PA 19103-1814


Toyota Motor Credit                     Toyota Motor Credit Corporation       Toyota Motor Credit Corporation
111 W 22nd St                           PO Box 9013                           c/o Becket and Lee LLP
Oakbrook, IL 60521                      Addison, Texas 75001-9013             PO Box 3002
                                                                              Malvern  PA 19355-0702


Verizon                                 James Warmbrodt                       Wells Fargo Bank, N.A.
by American InfoSource as agent         KML Law Group, P.C.                   Default Document Processing
PO Box 4457                             701 Market Street                     MAC#N9286-01Y
Houston, TX  77210-4457                 Suite 5000                            1000 Blue Gentian Road
                                        Philadelphia, PA 19106-1541           Eagan MN 55121-7700


Wells Fargo Hm Mortgag                  Ronda J. Winnecour
Po Box 10335                            Suite 3250, USX Tower
Des Moines, IA 50306-0335               600 Grant Street
                                        Pittsburgh, PA 15219-2702
```