**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-22551-GLT |
| JOSHUA L. FROBE | ) | CHAPTER 13 |
| DEBTOR | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 2430 TROTTER DRIVE, ALLISON PARK, PA 15101 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******0005**

NOW COMES U.S. Bank Trust National Association, as Trustee of TPMFT 2021-PM1, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Mario Hanyon
Brock and Scott, PLLC
Attorneys at Law
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
pabkr@brockandscott.com

Carrington Mortgage Services, LLC
1600 South Douglass Road, Suite 200-A
Anaheim, California 92806

Please take notice that the undersigned hereby appears as counsel for U.S. Bank Trust National Association, as Trustee of TPMFT 2021-PM1 pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be

20-08570 BKSUP01

\*CID951459\*        \*DID200399\*

construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Mario Hanyon
Mario Hanyon
Attorney at Law (203993)
Brock & Scott, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
844-856-6646 x4560
704-369-0760
pabkr@brockandscott.com

20-08570 BKSUP01

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on April 22, 2021 to the following:

JOSHUA L. FROBE
2430 TROTTER DR
ALLISON PARK, PA 15101-2936

Glenn Bartifay, Debtor's Attorney
2009 MACKENZIE WAY STE 100
CRANBERRY TOWNSHIP, PA 16066

Ronda J Winnecour, Bankruptcy Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee, US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

/s/ Mario Hanyon
Mario Hanyon
Attorney at Law (203993)
Brock & Scott, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
844-856-6646 x4560
704-369-0760
pabkr@brockandscott.com

20-08570 BKSUP01