IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO.  19-22551-GLT |
| JOSHUA LUKE FROBE, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| GLENN R. BARTIFAY, ESQUIRE, ) | |
| and BARTIFAY LAW OFFICES, P.C., ) | |
| ) | |
| Applicant, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA WINNECOUR, Trustee, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR APPROVAL OF ATTORNEY FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Approval of Attorney Fees filed on May 6, 2022, Doc. No. 88, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing on Professional Fees filed on May 6, 2022, Doc. No. 89, Responses to the Application were to be filed and served no later than May 23, 2022.

It is hereby respectfully requested that the Proposed Order filed on May 6, 2022, Doc. No. 88-3, be entered by the Court.

Dated: May 24, 2022         /s/ Glenn R. Bartifay
                            GLENN R. BARTIFAY, ESQUIRE
                            Pa. Id. No. 68763
                            Attorney for Applicant

                            BARTIFAY LAW OFFICES, P.C.
                            2009 Mackenzie Way, Suite 100
                            Cranberry Township, PA 16066
                            (412) 824-4011
                            gbartifay@bartifaylaw.com