IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) BANKR. NO. 19-22551-GLT |
| JOSHUA LUKE FROBE, | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |
| | ) Related to Dkt. No. 93 |
| | ) |
| JOSHUA LUKE FROBE, | ) |
| | ) |
| Debtor/Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NORTH HILLS TOYOTA (Employer) and RONDA WINNECOUR (Trustee), | ) |
| | ) |
| Respondents. | ) |

FILED
6/21/22 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER TERMINATING WAGE ATTACHMENT

AND NOW, this 21st day of June 2022, it is hereby ordered that the wage attachment of income of Movant/Debtor Joshua Luke Frobe with North Hills Toyota is hereby terminated.

GREGORY L. TADDONIO, **jah**
United States Bankruptcy Court

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22551-GLT |
| Joshua Luke Frobe | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Luke Frobe, 2430 Trotter Dr., Allison Park, PA 15101-2936 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 23, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Joshua Luke Frobe gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank  N.A. pawb@fedphe.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank Trust National Association Et al. wbecf@brockandscott.com  mario.hanyon@brockandscott.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jun 21, 2022 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank  N.A. pawb@fedphe.com

TOTAL: 9