IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 19-22551-GLT |
| JOSHUA LUKE FROBE, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Wage Attachment Order dated March 8, 2023, Doc. No. 103, and Local Form No. 12 were sent by regular mail on March 8, 2023, addressed as follows:

Jim Shorkey
Attn: Payroll Administrator
12900 Route 30
Irwin, PA 15642

Dated: <u>March 8, 2023</u>                    /s/ Glenn R. Bartifay
                                                         GLENN R. BARTIFAY, ESQUIRE
                                                         Pa. Id. No. 68763
                                                         Attorney for Debtor

                                                         BARTIFAY LAW OFFICES, P.C.
                                                         2009 Mackenzie Way, Suite 100
                                                         Cranberry Township, PA 16066
                                                         (412) 824-4011
                                                         gbartifay@bartifaylaw.com