**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/18/24 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22551-GLT |
| | : | Chapter: | 13 |
| Joshua Luke Frobe | : | | |
| | : | | |
| | : | Date: | 7/17/2024 |
| *Debtor(s)*. | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER:**   #109 - Motion to Dismiss Case filed by Trustee
   #112 - Response Filed by Debtor

**APPEARANCES**:
   Debtor:   Glenn R. Bartifay
   Trustee:   Ronda J. Winnecour

**NOTES:**   [1:33]

Winnecour: Close to completion. Need $4,619.79 to complete with take over in August 2024.

Bartifay: Debtor going to continue with wage attachment, so could finish in September. Asking for continuance until then.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Motion to Dismiss* [Dkt. No. 109] is continued to September 11, 2024 at 9 a.m. [Text Order].

**DATED:**  7/17/2024