Case 19-22551-GLT    Doc 123    Filed 09/12/24    Entered 09/12/24 10:27:56    Desc Main
Document    Page 1 of 1
FILED
9/12/24 8:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 19-22551-GLT | |
| | : | Chapter: | 13 | |
| Joshua Luke Frobe | : | | | |
| | : | | | |
| | : | Date: | 9/11/2024 | |
| *Debtor(s)*. | : | Time: | 10:30 | |

## PROCEEDING MEMO

**MATTER:**  #116 - Objection to Debtor's Claim of Exemptions
   #119 - Response filed by Debtor

   #109 - Motion to Dismiss Case filed by Trustee
   #112 - Response filed by Debtor

**APPEARANCES**:
   Debtor:   Glenn R. Bartifay
   Trustee:   Kate DeSimone

**NOTES:**   [10:52]

DeSimone: Exemptions were taken at the outset of the case, and the Debtor is now attempting to re-value those assets to fit in additional assets - in the form of Wells Fargo refund recently received.

Court: Vehicles are expected to decline in value over time. Concern if the amended schedules are submitted in good faith.

Bartifay: Would like to ask for more time to brief the issue.

Court: Value set as of the petition date, and reasonable to expect depreciation after that. Amended exemptions are denied, subject to submission of supplemental briefing by the Debtor.

**OUTCOME:**

1) For the reasons stated on the record, the *Chapter 13 Trustee's Objection to Debtor's Amended Exemptions* [Dkt. No. 116] and the *Trustee's Motion to Dismiss* [Dkt. No. 109] are continued to October 9, 2024 at 11 a.m.  On or before October 4, 2024, the parties shall submit either: (i) a consent order under certification of counsel resolving the objection along the terms discussed by the Court; or (ii) a status report or any supplemental briefing the parties wish the Court to consider in deciding the motion. [Text order].

**DATED:**  9/11/2024