**Fill in this information to identify the case:**

Debtor 1    Joshua Luke Frobe

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number 19-22551-GLT

---

Form 4100R

# Response to Notice of Final Cure Payment                                      10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** FIRSTKEY MASTER FUNDING 2021 - A COLLATERAL TRUST    **Court claim no. (if known):** 6

**Last 4 digits** of any number you use to identify the debtor's account: 0005

**Property address:**    2430 Trotter Drive
Number  Street
Allison Park, PA 15101
City      State      ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 08/01/2024
                                                             MM/DD/YYYY

*The Creditor agrees that all conduit payments have been applied. In an abundance of caution the creditor is filing this response to advise the Debtor and the Court that the account is not current, and is currently due for 08/01/2024 in the amount of $3,609.73:
08/01/2024-11/01/2024: (4) payments in the amount of $1,267.08 each, less suspense in the amount of $1,458.89.

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                                      (a) $ _____

   b. Total fees, charges, expenses, escrow, and costs outstanding:                +(b) $ _____

   c. **Total**. Add lines a and b.                                                 (c) $ _____

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became    _____
   due on:                                                         MM/DD/YYYY

Debtor 1 __JOSHUA LUKE FROBE__
     First    Middle    Last

Case number *(if known)* __19-22551-GLT__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/Ryan Starks__
   Signature

Date __11/20/2024__

Print __Ryan Starks__
    First Name   Middle Name   Last Name

Title __Attorney__

Company __Brock & Scott, PLLC__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __3825 Forrestgate Dr.__
    Number    Street

__Winston-Salem, NC 27103__
City    State    ZIP Code

Contact phone __844-856-6646__   Email __PABKR@brockandscott.com__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>JOSHUA LUKE FROBE<br><br>FIRSTKEY MASTER FUNDING 2021 - A COLLATERAL TRUST,<br>  Movant<br><br><br>vs.<br><br>JOSHUA LUKE FROBE ,<br>   Debtor<br>and<br><br>RONDA J WINNECOUR<br>   Respondent | Case No. 19-22551-GLT<br>Chapter 13<br><br>Hearing Date: TBD<br><br>Hearing Time: TBD<br><br>Objection Date: TBD |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

I certify under penalty of perjury that on this day, I served or caused to be served the Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice:</u>

| | |
|---|---|
| Glenn R. Bartifay, Esq.<br>2009 Mackenzie Way<br>Suite 100<br>Cranberry Township, PA 16066<br>*Counsel for Debtor* | Ronda J Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>*Chapter 13 Trustee* |

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

Joshua Luke Frobe
2430 Trotter Dr
Allison Park, PA 15101
*Debtor*

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>November 20, 2024</u>

                                                                           */s/Ryan Starks*
                                                          Andrew Spivack, PA Bar No. 84439
                                                          Matthew Fissel, PA Bar No. 314567
                                                          Mario Hanyon, PA Bar No. 203993
                                                          Ryan Starks, PA Bar No. 330002
                                                          Jay Jones, PA Bar No. 86657
                                                          Attorney for Creditor
                                                          BROCK & SCOTT, PLLC
                                                          3825 Forrestgate Drive
                                                          Winston Salem, NC 27103
                                                          Telephone: (844) 856-6646
                                                          Facsimile: (704) 369-0760
                                                          E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**

| | | Post Suspense Short Fall Balance | | $5,068.32 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transaction Type | Transaction Date | Amount Received | Post-petition Due Date | Post Amt Due Per PCN | Contractual Amt Applied | Principal & Interest | Escrow | Posting Over/Short | Credit to Post Suspense | Debit from Post Suspense | Post Suspense Balance |
| Beginning Balance | 6/27/2019 | $0.00 | 6/1/2019 | | | | | | $0.00 | $0.00 | $0.00 |
| Post-Petition | 10/03/19 | $2,338.60 | 7/1/2019 | $1,194.64 | $1,194.64 | $782.77 | $411.87 | $1,143.96 | $1,143.96 | $0.00 | $1,143.96 |
| Post-Petition | 11/05/19 | $1,153.99 | 8/1/2019 | $1,194.64 | $1,194.64 | $782.77 | $411.87 | -$40.65 | $0.00 | $40.65 | $1,103.31 |
| Post-Petition | 12/05/19 | $1,153.99 | 9/1/2019 | $1,194.64 | $1,194.64 | $782.77 | $411.87 | -$40.65 | $0.00 | $40.65 | $1,062.66 |
| Post-Petition | 12/30/19 | $248.63 | 10/1/2019 | $1,194.64 | $1,194.64 | $782.77 | $411.87 | -$946.01 | $0.00 | $946.01 | $116.65 |
| Post-Petition | 12/30/19 | $1,194.64 | 11/1/2019 | $1,194.64 | $1,194.64 | $782.77 | $411.87 | $0.00 | $0.00 | $0.00 | $116.65 |
| Post-Petition | 02/05/20 | $1,157.47 | 12/1/2019 | $1,194.64 | $1,194.64 | $782.77 | $411.87 | -$37.17 | $0.00 | $37.17 | $79.48 |
| Post-Petition | 03/05/20 | $1,597.14 | 1/1/2020 | $1,208.61 | $1,208.61 | $782.77 | $425.84 | $388.53 | $388.53 | $0.00 | $468.01 |
| Post-Petition | 03/26/20 | $1,457.89 | 2/1/2020 | $1,208.61 | $1,208.61 | $782.77 | $425.84 | $249.28 | $249.28 | $0.00 | $717.29 |
| Post-Petition | 06/01/20 | $1,050.28 | 3/1/2020 | $1,208.61 | $1,208.61 | $782.77 | $425.84 | -$158.33 | $0.00 | $158.33 | $558.96 |
| Post-Petition | 09/01/20 | $1,759.38 | 4/1/2020 | $1,208.61 | $1,208.61 | $782.77 | $425.84 | $550.77 | $550.77 | $0.00 | $1,109.73 |
| Post-Petition | 10/05/20 | $238.10 | 5/1/2020 | $1,208.61 | $1,208.61 | $782.77 | $425.84 | -$970.51 | $0.00 | $970.51 | $139.22 |
| Post-Petition | 10/05/20 | $1,208.61 | 6/1/2020 | $1,208.61 | $1,208.61 | $782.77 | $425.84 | $0.00 | $0.00 | $0.00 | $139.22 |
| Post-Petition | 11/05/20 | $1,503.70 | 7/1/2020 | $1,208.61 | $1,208.61 | $782.77 | $425.84 | $295.09 | $295.09 | $0.00 | $434.31 |
| Post-Petition | 12/08/20 | $1,917.89 | 8/1/2020 | $1,208.61 | $1,208.61 | $782.77 | $425.84 | $709.28 | $709.28 | $0.00 | $1,143.59 |
| Post-Petition | 12/31/20 | $354.28 | 9/1/2020 | $1,208.61 | $1,208.61 | $782.77 | $425.84 | -$854.33 | $0.00 | $854.33 | $289.26 |
| Post-Petition | 12/31/20 | $1,208.61 | 10/1/2020 | $1,208.61 | $1,208.61 | $782.77 | $425.84 | $0.00 | $0.00 | $0.00 | $289.26 |
| Post-Petition | 02/04/21 | $1,983.60 | 11/1/2020 | $1,208.61 | $1,208.61 | $782.77 | $425.84 | $774.99 | $774.99 | $0.00 | $1,064.25 |
| Post-Petition | 02/26/21 | $400.13 | 12/1/2020 | $1,208.61 | $1,208.61 | $782.77 | $425.84 | -$808.48 | $0.00 | $808.48 | $255.77 |
| Post-Petition | 02/26/21 | $1,208.61 | 1/1/2021 | $1,415.26 | $1,415.26 | $782.77 | $632.49 | -$206.65 | $0.00 | $206.65 | $49.12 |
| Post-Petition | 03/31/21 | $1,625.76 | 2/1/2021 | $1,415.26 | $1,415.26 | $782.77 | $632.49 | $210.50 | $210.50 | $0.00 | $259.62 |
| Post-Petition | 04/29/21 | $1,638.45 | 3/1/2021 | $1,415.26 | $1,415.26 | $782.77 | $632.49 | $223.19 | $223.19 | $0.00 | $482.81 |
| Post-Petition | 05/31/21 | $2,059.18 | 4/1/2021 | $1,415.26 | $1,415.26 | $782.77 | $632.49 | $643.92 | $643.92 | $0.00 | $1,126.73 |
| Post-Petition | 06/28/21 | $1,654.53 | 5/1/2021 | $1,415.26 | $1,415.26 | $782.77 | $632.49 | $239.27 | $239.27 | $0.00 | $1,366.00 |
| Post-Petition | 07/29/21 | $1,226.58 | 6/1/2021 | $1,415.26 | $1,415.26 | $782.77 | $632.49 | -$188.68 | $0.00 | $188.68 | $1,177.32 |
| Post-Petition | 08/31/21 | $2,193.25 | 7/1/2021 | $1,415.26 | $1,415.26 | $782.77 | $632.49 | $777.99 | $777.99 | $0.00 | $1,955.31 |
| Post-Petition | 08/31/21 | | 8/1/2021 | $1,400.73 | $1,400.73 | $782.77 | $617.96 | -$1,400.73 | $0.00 | $1,400.73 | $554.58 |
| Post-Petition | 09/30/21 | $1,754.60 | 9/1/2021 | $1,400.73 | $1,400.73 | $782.77 | $617.96 | $353.87 | $353.87 | $0.00 | $908.45 |
| Post-Petition | 10/28/21 | $1,720.92 | 10/1/2021 | $1,400.73 | $1,400.73 | $782.77 | $617.96 | $320.19 | $320.19 | $0.00 | $1,228.64 |
| Post-Petition | 11/29/21 | $1,572.82 | 11/1/2021 | $1,400.73 | $1,400.73 | $782.77 | $617.96 | $172.09 | $172.09 | $0.00 | $1,400.73 |
| Post-Petition | 11/29/21 | | 12/1/2021 | $1,400.73 | $1,400.73 | $782.77 | $617.96 | -$1,400.73 | $0.00 | $1,400.73 | $0.00 |
| Post-Petition | 12/28/21 | $1,400.73 | 1/1/2022 | $1,400.73 | $1,400.73 | $782.77 | $617.96 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 02/28/22 | $1,720.92 | 2/1/2022 | $1,400.73 | $1,400.73 | $782.77 | $617.96 | $320.19 | $320.19 | $0.00 | $320.19 |
| Post-Petition | 03/29/22 | $1,720.92 | 3/1/2022 | $1,400.73 | $1,400.73 | $782.77 | $617.96 | $320.19 | $320.19 | $0.00 | $640.38 |
| Post-Petition | 05/02/22 | $2,161.08 | 4/1/2022 | $1,400.73 | $1,400.73 | $782.77 | $617.96 | $760.35 | $760.35 | $0.00 | $1,400.73 |
| Post-Petition | 05/02/22 | | 5/1/2022 | $1,400.73 | $1,400.73 | $782.77 | $617.96 | -$1,400.73 | $0.00 | $1,400.73 | $0.00 |
| Post-Petition | 05/31/22 | $1,400.73 | 6/1/2022 | $1,400.73 | $1,400.73 | $782.77 | $617.96 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 07/01/22 | $1,400.73 | 7/1/2022 | $1,400.73 | $1,400.73 | $782.77 | $617.96 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 10/31/22 | $1,685.48 | 8/1/2022 | $1,395.11 | $1,395.11 | $782.77 | $612.34 | $290.37 | $290.37 | $0.00 | $290.37 |
| Post-Petition | 11/29/22 | $1,685.48 | 9/1/2022 | $1,395.11 | $1,395.11 | $782.77 | $612.34 | $290.37 | $290.37 | $0.00 | $580.74 |
| Post-Petition | 12/30/22 | $1,685.48 | 10/1/2022 | $1,395.11 | $1,395.11 | $782.77 | $612.34 | $290.37 | $290.37 | $0.00 | $871.11 |
| Post-Petition | 01/31/23 | $1,685.48 | 11/1/2022 | $1,395.11 | $1,395.11 | $782.77 | $612.34 | $290.37 | $290.37 | $0.00 | $1,161.48 |
| Post-Petition | 02/28/23 | $1,685.48 | 12/1/2022 | $1,395.11 | $1,395.11 | $782.77 | $612.34 | $290.37 | $290.37 | $0.00 | $1,451.85 |
| Post-Petition | 02/28/23 | | 1/1/2023 | $1,395.11 | $1,395.11 | $782.77 | $612.34 | -$1,395.11 | $0.00 | $1,395.11 | $56.74 |
| Post-Petition | 04/04/23 | $1,685.48 | 2/1/2023 | $1,395.11 | $1,395.11 | $782.77 | $612.34 | $290.37 | $290.37 | $0.00 | $347.11 |
| Post-Petition | 05/02/23 | $1,923.23 | 3/1/2023 | $1,395.11 | $1,395.11 | $782.77 | $612.34 | $528.12 | $528.12 | $0.00 | $875.23 |
| Post-Petition | 06/01/23 | $2,160.98 | 4/1/2023 | $1,395.11 | $1,395.11 | $782.77 | $612.34 | $765.87 | $765.87 | $0.00 | $1,641.10 |
| Post-Petition | 06/01/23 | | 5/1/2023 | $1,395.11 | $1,395.11 | $782.77 | $612.34 | -$1,395.11 | $0.00 | $1,395.11 | $245.99 |
| Post-Petition | 07/03/23 | $2,544.23 | 6/1/2023 | $1,395.11 | $1,395.11 | $782.77 | $612.34 | $1,149.12 | $1,149.12 | $0.00 | $1,395.11 |
| Post-Petition | 07/03/23 | | 7/1/2023 | $1,395.11 | $1,395.11 | $782.77 | $612.34 | -$1,395.11 | $0.00 | $1,395.11 | $0.00 |
| Post-Petition | 08/01/23 | $1,067.99 | | | | | | | $1,067.99 | $0.00 | $1,067.99 |
| Post-Petition | 08/31/23 | $1,877.59 | 8/1/2023 | $1,472.79 | $1,472.79 | $782.77 | $690.02 | $404.80 | $404.80 | $0.00 | $1,472.79 |
| Post-Petition | 08/31/23 | | 9/1/2023 | $1,472.79 | $1,472.79 | $782.77 | $690.02 | -$1,472.79 | $0.00 | $1,472.79 | $0.00 |
| Post-Petition | 10/03/23 | $1,472.79 | 10/1/2023 | $1,472.79 | $1,472.79 | $782.77 | $690.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 10/31/23 | $1,472.79 | 11/1/2023 | $1,472.79 | $1,472.79 | $782.77 | $690.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 12/04/23 | $1,472.79 | 12/1/2023 | $1,472.79 | $1,472.79 | $782.77 | $690.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 12/27/23 | $1,472.79 | 1/1/2024 | $1,472.79 | $1,472.79 | $782.77 | $690.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 01/31/24 | $1,472.79 | 2/1/2024 | $1,472.79 | $1,472.79 | $782.77 | $690.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 03/05/24 | $1,472.79 | 3/1/2024 | $1,472.79 | $1,472.79 | $782.77 | $690.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 04/02/24 | $1,472.79 | 4/1/2024 | $1,472.79 | $1,472.79 | $782.77 | $690.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 05/06/24 | $1,472.79 | 5/1/2024 | $1,472.79 | $1,472.79 | $782.77 | $690.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 06/06/24 | $1,067.99 | | | | | | | $1,067.99 | $0.00 | $1,067.99 |
| Post-Petition | 07/03/24 | $1,877.59 | 6/1/2024 | $1,472.79 | $1,472.79 | $782.77 | $690.02 | $404.80 | $404.80 | $0.00 | $1,472.79 |
| Post-Petition | 07/03/24 | | 7/1/2024 | $1,472.79 | $1,472.79 | $782.77 | $690.02 | -$1,472.79 | $0.00 | $1,472.79 | $0.00 |
| Post-Petition Payment Due | | | 8/1/2024 | $1,267.08 | $1,267.08 | $782.77 | $484.31 | -$1,267.08 | $0.00 | $1,267.08 | -$1,267.08 |
| Post-Petition Payment Due | | | 9/1/2024 | $1,267.08 | $1,267.08 | $782.77 | $484.31 | -$1,267.08 | $0.00 | $1,267.08 | -$2,534.16 |
| Post-Petition Payment Due | | | 10/1/2024 | $1,267.08 | $1,267.08 | $782.77 | $484.31 | -$1,267.08 | $0.00 | $1,267.08 | -$3,801.24 |
| Post-Petition Payment Due | | | 11/1/2024 | $1,267.08 | $1,267.08 | $782.77 | $484.31 | -$1,267.08 | $0.00 | $1,267.08 | -$5,068.32 |

«AddressBlock»Fill in this information to identify the case:

Debtor 1: Joshua Luke  Frobe
Debtor 2:
(Spouse, if filing)
United States Bankruptcy Court for the: Western District of Pennsylvania
Case number: **19-22551**

Official Form 410S1 — Chapter 13

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of Creditor: Firstkey Master Funding 2021- A Collateral Trust,

Court claim no. (if known): 6-1

Last four digits of any number you use to identify the debtor's account: 0005

Date of payment change: 08/01/2024
Must be at least 21 days after date of this notice

New total payment: **$1,267.08**
Principal, interest and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?** Yes

Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law.  Describe the basis for the change. If a statement is not attached, explain why:

**Current Escrow Payment:** $690.02         **New Escrow Payment:** $484.31

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?** No

Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.
If a notice is not attached, explain why:

**Current Interest Rate:**                    **New Interest Rate:**

**Current principal and interest payment:**   **New principal and interest payment:**

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?** No

Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(Court approval may be required before the payment change can take effect.)

Reason for change:

**Current mortgage payment:**                **New mortgage payment:**

| Debtor 1: Joshua Luke Frobe | Case number (if known): 19-22551 |
|---|---|

## Part 4: Sign Here

The person completing the Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if Different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☐ I am the creditor          ☒ I am the creditor's authorized agent

(Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information and reasonable belief.

/s/ Tawakoni Hill                              Date: Jun 21, 2024
Signature

Print:   Tawakoni Hill                         Title: Authorized Agent

Company:   Liepold, Harrison & Associates

Address:   1425 Greenway Drive, Suite 250
           Irving, TX  75038

Contact Phone:                                 Email:   PCNInquiries@lha-law.com

# UNITED STATES BANKRUPTCY COURT
## Western DISTRICT OF Pennsylvania

*In Re:*                                                                                                                  Case No. 19-22551

**Joshua Luke Frobe**

                                                                                                               **Chapter 13**

        **Debtor(s)**

## CERTIFICATE OF SERVICE

I hereby certify that on 06/21/2024, a true and correct copy of the foregoing Notice of Mortgage Payment Change was served upon all interested parties pursuant to the Court's CM/ECF system and/or by First Class U.S. Mail.


                                                        By: /s/ Tawakoni Hill

                                                      Authorized Agent for Creditor
                                                    Liepold, Harrison and Associates
                                                    1425 Greenway Drive, Suite 250
                                                    Irving, TX 75038

Debtor
Joshua Luke Frobe
2430 Trotter Dr
Allison Park, PA 15101

Debtor's Counsel
Glenn R. Bartifay
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066

Trustee
Ronda J. Winnecour
600 Grant Street, Suite 3250
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222

**Carrington mortgage services, llc**

CARRINGTON MORTGAGE SERVICES, LLC
P.O. Box 5001
Westfield, IN 46074

(800) 561-4567  FAX: (949) 517-5220

```
                                    /P1          /    680
JOSHUA LUKE FROBE                                     YOUR LOAN NUMBER :
2430 TROTTER DR
ALLISON PARK      PA 15101                            DATE: 05/24/24
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE
ACTUAL ESCROW ACTIVITY BEGINNING AUGUST,2023 AND ENDING JULY, 2024.  IF YOUR LOAN
WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS
BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY
AND REQUIRES NO ACTION ON YOUR PART.

#### --- YOUR PAYMENT BREAKDOWN AS OF AUGUST, 2023 IS ---

```
          PRIN & INTEREST               782.77
          ESCROW PAYMENT                623.60
          SHORTAGE PYMT                  66.42
          TOTAL                       1,472.79
```

```
         -- PAYMENTS TO ESCROW --       -- PAYMENTS FROM ESCROW --                        -- ESCROW BALANCE --
MONTH    PRIOR PROJECTED  ACTUAL     PRIOR PROJECTED  DESCRIPTION    ACTUAL DESCRIPTION  PRIOR PROJECTED    ACTUAL
                                                        STARTING BALANCE  = = = >         3662.13          3474.51-
AUG       623.60 *        1224.68     3038.53 *  SCHOOL TAX        3170.99 SCHOOL TAX     1247.20 TLP      5420.82- ALP
SEP       623.60 *                                                                        1870.80          5420.82-
OCT       623.60 *        1837.02            *                     1545.00 HOME INSUR     2494.40          5128.80-
NOV       623.60 *                                                                        3118.00          5128.80-
DEC       623.60 *        2527.04                                                         3741.60          2601.76-
JAN       623.60 *        1380.04                                                         4365.20          1221.72-
FEB       623.60 *                                                                        4988.80          1221.72-
MAR       623.60 *         690.02     3348.94 *  HOMEOWNERS         645.25 COUNTY TAX     1618.21          1176.95-
                     0                  645.25   COUNTY TAX
APR       623.60 *         690.02                                                         2241.81           486.93-
MAY       623.60 *        2070.06                                                         2865.41          1583.13
JUN       623.60                  E     450.48   CITY TAX                                 3038.53          1583.13
JUL       623.60                  E                                                       3662.13          1583.13
TOT      7483.20         10418.88     7483.20                     5361.24
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED
NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY
SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE
(TLP) WAS $1,247.20.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $5,420.82-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN
DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE
AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE
DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION
TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

Your projected escrow balance consists of the following detail (an * next to an amount
indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**

```
09/22      $612.34      10/22      $612.34      11/22      $5,511.06   *
```

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR
ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY. IT ALSO SHOWS YOU THE PROJECTED ESCROW
ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING AUGUST,2024 AND ENDING JULY,2025.

------------------- **PROJECTED PAYMENTS FROM ESCROW - AUGUST,2024 THROUGH JULY,2025** -------------

```
          HOME INSURANCE               1,545.00
          COUNTY TAX                     645.25
          SCHOOL TAX                   3,170.99
          CITY TAX                       450.48

          TOTAL                        5,811.72
          PERIODIC PAYMENT TO ESCROW     484.31   (1/12 OF "TOTAL FROM ESCROW")
```

**** CONTINUED ON NEXT PAGE ****

**** CONTINUATION ****

------------------ PROJECTED ESCROW ACTIVITY -  AUGUST,2024 THROUGH JULY,2025 ----------------------
```
         ---- PROJECTED PAYMENTS --                      -- ESCROW BALANCE COMPARISON --
MONTH    TO ESCROW    FROM ESCROW    DESCRIPTION         PROJECTED         REQUIRED
                      ACTUAL STARTING BALANCE  = = = >    5,333.51          4,715.99
AUG,24   484.31       3,170.99       SCHOOL TAX           2,646.83          2,029.31
SEP,24   484.31       1,545.00       HOME INSURANCE       1,586.14 ALP        968.62 RLP
OCT,24   484.31                                           2,070.45          1,452.93
NOV,24   484.31                                           2,554.76          1,937.24
DEC,24   484.31                                           3,039.07          2,421.55
JAN,25   484.31                                           3,523.38          2,905.86
FEB,25   484.31                                           4,007.69          3,390.17
MAR,25   484.31         645.25       COUNTY TAX           3,846.75          3,229.23
APR,25   484.31                                           4,331.06          3,713.54
MAY,25   484.31                                           4,815.37          4,197.85
JUN,25   484.31         450.48       CITY TAX             4,849.20          4,231.68
JUL,25   484.31                                           5,333.51          4,715.99
```

------------------------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------------------------------

IF THE PROJECTED LOW POINT BALANCE (ALP) IS
GREATER THAN THE REQUIRED LOW POINT BALANCE (RLP) ,
THEN THERE IS AN ESCROW SURPLUS....                      THE ESCROW SURPLUS IS....             617.52 *

AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $1,440.78.

*The statement assumes all past due payments have been made toward the loan. If there are past due payments,
this amount may not be accurate.

PLEASE CALL THE ABOVE PHONE NUMBER REGARDING THE SURPLUS.

--------------------------------- CALCULATIONS OF YOUR NEW PAYMENT AMOUNT -----------------------------------------
```
                        PRIN & INTEREST             782.77 *
                        ESCROW PAYMENT              484.31
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE   08/01/24   ==>         1,267.08
```

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :     YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
           HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
           WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
           ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
           DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $1,247.20.
           YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
           CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
           REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
           TO BE YOUR CUSHION AMOUNT.
           YOUR ESCROW CUSHION FOR THIS CYCLE IS $968.62.

           YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
           THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

**Escrow payments up to escrow analysis effective date:**
```
04/24       $690.02           05/24       $690.02          06/24       $1,380.04*
```

**Escrow disbursements up to escrow analysis effective date:**
```
06/24       $450.48    CITY TAX
```

**-VERBAL INQUIRIES & COMPLAINTS-**
For verbal inquiries and complaints about your mortgage loan, please contact the CUSTOMER SERVICE DEPARTMENT
for Carrington Mortgage Services, LLC, by calling 1-800-561-4567. The CUSTOMER SERVICE DEPARTMENT for
Carrington Mortgage Services, LLC is toll free and you may call from 8:00 a.m. to 8:00 p.m. Eastern Time,
Monday through Friday. You may also visit our website at https://carringtonmortgage.com/.

**-IMPORTANT BANKRUPTCY NOTICE-**
If you have been discharged from personal liability on the mortgage because of bankruptcy
proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending
bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely
provides informational notice regarding the status of the loan.  If you are represented by
an attorney with respect to your mortgage, please forward this document to your attorney.

**-CREDIT REPORTING AND DIRECT DISPUTES-**
We may report information about your account to credit bureaus. Late payments, missed payments,
or other defaults on your account may be reflected in your credit report.  As required by law,
you are hereby notified that a negative credit report reflecting on your credit record may be
submitted to a credit reporting agency if you fail to fulfill the terms of your credit
obligations. If you have concerns regarding the accuracy of any information contained in a
consumer report pertaining to this account, you may send a direct dispute to Carrington
Mortgage Services, LLC by fax to 800-486-5134 or in writing to Carrington Mortgage Services,
LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your
loan number on all pages of the correspondence.

**-MINI MIRANDA-**
This communication is from a debt collector and it is for the purpose of collecting a debt and
any information obtained will be used for that purpose. This notice is required by the
provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting
to collect money from anyone who has discharged the debt under the bankruptcy laws of the
United States.

**-HUD COUNSELOR INFORMATION-**
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership
counselors or counseling organizations in your area by calling the HUD nationwide toll-free
telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or
by going to www.consumerfinance.gov/find-a-housing-counselor.

**** CONTINUED ON NEXT PAGE ****

**Carrington** mortgage services, llc
NMLS ID #2600

CARRINGTON MORTGAGE SERVICES
P.O. BOX 5001
Westfield, IN 46074

(800) 561-4567  FAX: (949) 517-5220

YOUR LOAN NUMBER : ▮
DATE: 05/24/24

**-EQUAL CREDIT OPPORTUNITY ACT NOTICE-**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**-SCRA DISCLOSURE-**
MILITARY PERSONNEL/SERVICEMEMBERS: If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-888-267-5474.

**-NOTICES OF ERROR AND INFORMATION REQUESTS, QUALIFIED WRITTEN REQUESTS (QWR)-**
Written complaints and inquiries classified as Notices of Error and Information Requests or QWRs must be submitted to Carrington Mortgage Services, LLC by fax to 800-486-5134, or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence. You have the right to request documents we relied upon in reaching our determination. You may request such documents or receive further assistance by contacting the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC toll free at (800) 561-4567, Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern Time. You may also visit our website at https://carringtonmortgage.com/