FILED
1/15/25 10:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOSHUA LUKE FROBE

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-22551

Chapter 13

Related to Docket No. 136

**ORDER OF COURT**

AND NOW, this **15th Day of January, 2025**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22551-GLT |
| Joshua Luke Frobe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua Luke Frobe, 2430 Trotter Dr., Allison Park, PA 15101-2936 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 15089985 | + | Bryanna Patrick, 2430 Trotter Dr., Allison Park, PA 15101-2936 |
| 15367084 | | Carrington Mortgage Services, LLC, BK Dept // 1600 South Douglass Road, Anaheim, CA 92806 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 16 2025 00:07:00 | U.S. Bank Trust National Association, as Trustee o, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 15464075 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 16 2025 00:07:00 | FIRSTKEY MASTER FUNDING 2021-, A COLLATERAL TRUST, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 15085314 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2025 00:22:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15077404 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2025 00:04:31 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15115248 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 16 2025 00:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15089986 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2025 00:07:00 | IRS Special Procedures Branch, 1000 Liberty Avenue, Suite 727, Pittsburgh, PA 15222-4107 |
| 15089664 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2025 00:21:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15077405 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2025 00:04:32 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15077406 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2025 00:08:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15115273 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2025 00:08:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 15083662 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 16 2025 00:08:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15077407 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 16 2025 00:08:00 | Navy Federal Cr Union, 820 Follin Ln Se, Vienna, VA 22180-4907 |
| 15077408 | + | Email/Text: bankruptcy@sw-credit.com | Jan 16 2025 00:08:00 | Southwest Credit Syste, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15077409 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 23 |

| | | | Jan 16 2025 00:07:00 | Toyota Motor Credit, 111 W 22nd St, Oakbrook, IL 60521 |
|---|---|---|---|---|
| 15098698 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 16 2025 00:07:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15109174 | | Email/PDF: bncnotices@becket-lee.com | Jan 16 2025 00:21:33 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15110570 | | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2025 00:05:04 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15106042 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 16 2025 00:05:56 | Wells Fargo Bank, N.A., Default Document Processing, MAC#N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 15077410 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 16 2025 00:05:57 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Firstkey Master Funding 2021- A Collateral Trust |
| cr | | Towd Point Master Funding Trust 2021-PM1 |
| cr | | Toyota Motor Credit Corporation |
| cr | | U.S. Bank Trust National Association Et al. |
| cr | | Wells Fargo Bank, N.A. |
| cr | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, FIRSTKEY MASTER FUNDING 2021-, A COLLATERAL TRUST, 1600 S. Douglass Rd., Anaheim, CA 92806 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Joshua Luke Frobe gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jerome B. Blank | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 23 |

    on behalf of Creditor Wells Fargo Bank N.A. jblank@pincuslaw.com, brausch@pincuslaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor U.S. Bank Trust National Association Et al. wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Ryan Starks
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of TPMFT 2021-PM1 Ryan.Starks@brockandscott.com, wbecf@brockandscott.com

Ryan Starks
    on behalf of Creditor FIRSTKEY MASTER FUNDING 2021- A COLLATERAL TRUST Ryan.Starks@brockandscott.com, wbecf@brockandscott.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank N.A. pawb@fedphe.com

TOTAL: 11